JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NAJIBULLAH JALILI,<br>Plaintiff,<br><br>v.<br><br>ALLEN RASHIDZADA, et al.,<br>Defendants. | 2:24-cv-414-DSF-KSx<br><br>Order REMANDING Case |

This case was removed from state court based on diversity jurisdiction.  However, the Plaintiff is alleged to be a California citizen and one of the Defendants is a California corporation.  Therefore, complete diversity does not exist.  The case is REMANDED to the Superior Court of California, County of Los Angeles.

IT IS SO ORDERED.

Date: January 19, 2024

Dale S. Fischer
United States District Judge